UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion set for hearing on 1/29/13 at 3:00 kb

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00173-1 |
| | ) | Judge Trauger |
| RICHARD BIGSBY | ) | |

### MOTION TO BE RELIEVED AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL

C. Douglas Thoresen, attorney of record for Richard Bigsby, respectfully moves this Honorable Court to enter an order relieving him from any further responsibility to provide him legal representation in this matter. This motion is made at the request of Mr. Bigsby, and counsel is of the opinion the request is appropriate, and that substitute counsel should be appointed.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I electronically filed the foregoing Motion to Be Relieved as Counsel of Record with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN