## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00173 |
| | ) | Judge Trauger |
| RICHARD EUGENE BIGSBY, a/k/a | ) | |
| RICHARD EUGENE WHITEHEAD | ) | |

### **O R D E R**

A hearing was held on January 29, 2013 on the Motion to Be Relieved As Counsel (Docket No. 29). For the reasons expressed on the record at the close of the hearing, it is hereby **ORDERED** that this motion is **DENIED**.

It is so **ORDERED**.

ENTER this 29th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge